UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR125-083 |
| | ) | |
| RICO HURT | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Dwight L. Thomas** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Dwight L. Thomas** be granted leave of absence for the following periods:  May 21, 2026 through May 22, 2026; May 26, 2026; May 29, 2026; June 1, 2026 through June 5, 2026; July 21, 2026 through July 24, 2026; July 27, 2026 through July 31, 2026; August 3, 2026 through August 7, 2026; August 10, 2026 through August 14, 2026; and August 17, 2026 through August 20, 2026.

**SO ORDERED**, this the ___10th___ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA